**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01394-GPG

DARWYNN L. BARWICK,

    Plaintiff,

v.

BROADWAY LOFTS, LLC,
PACIFICAP MANAGEMENT,
ASHLEY WILLIAMS,
CHAD I. RENNAKER,
SALVADOR RAI VALLES,
JOEL ZAVALA, JR.,
DENISE HINOJOS,
VIOLETA K. VITKOVA, and
GUS QUINONEZ,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Darwynn L. Barwick, resides in Denver, Colorado. On May 21, 2021, he submitted *pro se* a Complaint (ECF No. 1), and an Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form (ECF No. 3).

On May 26, 2021, Magistrate Judge Gordon P. Gallagher ordered Mr. Barwick to cure certain designated deficiencies if he wished to pursue any claims in this action. (ECF No. 4). Specifically, Mr. Barwick was ordered to submit a complete complaint. He was further notified that the Defendants listed in the caption of the complaint must match the Defendants listed in Section B of the court-approved complaint form. Plaintiff

1

was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On June 16, 2021, the copy of Magistrate Judge Gallagher's May 26, 2021 order that was mailed to Plaintiff at his Denver, Colorado address was returned to the Court undelivered. (ECF No. 5). The returned envelope was marked: "RETURN TO SENDER – NOT DELIVERABLE AS ADDRESSED – UNABLE TO FORWARD." (*Id.*).

Plaintiff has failed to cure the deficiencies as directed within the time allowed, and he has failed to respond in any way to Magistrate Judge Gallagher's May 26, 2021 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for failure to cure the deficiencies as directed and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   29th   day of     June     , 2021.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court