IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01394-LTB

DARWYNN L. BARWICK,

    Plaintiff,

v.

BROADWAY LOFTS, LLC,
PACIFICAP MANAGEMENT,
ASHLEY WILLIAMS,
CHAD I. RENNAKER,
SALVADOR RAI VALLES,
JOEL ZAVALA, JR.,
DENISE HINOJOS,
VIOLETA K. VITKOVA, and
GUS QUINONEZ,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 29, 2021, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of June, 2021.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ R. Villa,
                Deputy Clerk