IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01394-LTB-GPG

DARWYNN L. BARWICK,

    Plaintiff,

v.

BROADWAY LOFTS, LLC,
PACIFICAP MANAGEMENT,
ASHLEY WILLIAMS,
CHAD I. RENNAKER,
SALVADOR RAI VALLES,
JOEL ZAVALA, JR.,
DENISE HINOJOS,
VIOLETA K. VITKOVA, and
GUS QUINONEZ,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 15, 2022, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of July, 2022.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ S. Dunbar
                      Deputy Clerk