IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01394-LTB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2022

JEFFREY P. COLWELL
CLERK

Darwynn Barwick ,

        Plaintiff,

v.

Broadway Lofts, LLC et al,

        Defendants.

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

Darwynn Barwick appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on July 15, 2022.

Dated <u>September 14, 2022</u>.

*[Signature]*
Signature

Darwynn L. Barwick
Printed Name

<u>3773 Walnut St. Apt.#403</u>

<u>Denver</u>        <u>CO</u>        <u>80205</u>
City        State        Zip

<u>(303) 419-8950</u>

Telephone Number

*Rev. 12/2021*

Dorrian L. Berwick
373 Walnut St Apt 403
Denver, CO 80205

Office of The Clerk, United
States District Court, Alfred A.
Arraj Courthouse, 901-19th St
Room 105 Denver, CO 80294-3589

7019 2970 0000 7741 1274

U.S. POSTAGE PAID
FCM LG ENV
DAYTON, OH
45426
SEP 13,22
AMOUNT
$5.92
R2305M145039

CERTIFIED MAIL


UNITED STATES POSTAL SERVICE

