**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 13, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DARWYNN L. BARWICK,

Plaintiff - Appellant,

v.

BROADWAY LOFTS, LLC; PACIFICAP MANAGEMENT; ASHLEY WILLIAMS; CHAD I. RENNAKER; SALVADOR RAI VALLES; JOEL ZAVALA, JR.; DENISE HINOJOS; VIOLETA K. VITKOVA; GUS QUINONEZ,

Defendants - Appellees.

No. 22-1290
(D.C. No. 1:21-CV-01394-LTB-GPG)
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **MATHESON**, and **BACHARACH**, Circuit Judges.

---

This matter is before the court on its September 21, 2022 jurisdictional show cause order and pro se Appellant Darwynn Barwick's response to that order. Upon consideration of the response, the district court's docket, and the applicable law, the court dismisses the appeal for the reasons set forth below.

The timely filing of the notice of appeal is both mandatory and jurisdictional. *Bowles v. Russell,* 551 U.S. 205, 214 (2007). Appellant's pro se status does not affect this rule. *See Mayfield v. U.S. Parole Comm'n*, 647 F.2d 1053, 1055 (10th Cir. 1981) (dismissing pro se appeal filed three days late). In a civil case like this one, the notice of

appeal must be filed within 30 days after entry of the order or judgment being appealed. Fed. R. App. P. 4(a)(1)(A). Although the district court may grant an extension of time to file an appeal, Fed. R. App. P. 4(A)(5), this court has no authority to make equitable exceptions to jurisdictional requirements. *See Bowles*, 551 U.S. at 216.

Here, the district court dismissed Appellant's lawsuit on July 15, 2022. On September 9, 2022, the district court granted Appellant's timely motion for an extension of time to file the notice of appeal and set a deadline of September 14, 2022. Appellant filed his notice of appeal on September 16, 2022, two days late.

Accordingly, this court lacks jurisdiction over this appeal. Appellant's arguments in response to the court's jurisdictional challenge do not persuade the court otherwise.

**APPEAL DISMISSED.**

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 13, 2022

Darwynn L. Barwick
3773 Walnut Street, Apartment 403
Denver, CO 80205

**RE: 22-1290, Barwick v. Broadway Lofts, et al**
Dist/Ag docket: 1:21-CV-01394-LTB-GPG

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds